NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND CALUORI,**
*Plaintiff-Appellant,*

**v.**

**ONE WORLD TECHNOLOGIES, INC.,**
*Defendant-Appellee.*

---

2012-1623

---

Appeal from the United States District Court for the Central District of California in No. 07-CV-2035, Judge Christina A. Snyder.

---

**JUDGMENT**

---

ERWIN E. ADLER, Adler Law Group, of Los Angeles, California, argued for plaintiff-appellant.

J. DONALD BEST, Michael Best & Friedrich LLP, of Madison, Wisconsin, argued for defendant-appellee. With him on the brief were RICHARD H. MARSCHALL, S. EDWARD SARSKAS, and MELANIE J. REICHENBERGER, of Milwaukee, Wisconsin.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, REYNA, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 18, 2014                    /s/  Daniel  E.  O'Toole
            Date                             Daniel E. O'Toole
                                             Clerk of Court